February 13, 2009

Mr. Joseph H. Pedigo
732 Yale Street
Houston, TX 77002
Ms. Jennifer Bruch Hogan
Hogan & Hogan, L.L.P.
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010-1018

RE: Case Number: 06-0867
 Court of Appeals Number: 14-05-00487-CV
 Trial Court Number: 2003-56367

Style: PINE OAK BUILDERS, INC.
 v.
 GREAT AMERICAN LLOYDS INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |
| |Mr. Lee H. |
| |Shidlofsky |